IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL CORNELIUS BOATMAN,
    Plaintiff,

vs.                                          Case No.: 3:17cv29/RV/EMT

INVESTIGATOR SHANNAN FORTENBERRY, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 22, 2017 (ECF No. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's Fourth Amendment and Fourteenth Amendment equal protection claims are **DISMISSED with prejudice**, under 28 U.S.C.

§ 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

3.   Plaintiff's Fifth, Sixth, Eighth, and remaining Fourteenth Amendment claims are **DISMISSED without prejudice** as Heck-barred.

4.   Plaintiff's remaining federal claims are **DISMISSED with prejudice** as frivolous.

5.   Plaintiff's state law claims are **DISMISSED without prejudice** to his pursuing them in state court.

6.   The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 20th day of April, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**